### JANE VAN RIPER *vs.* V. L. RICE.

#### June 9, 1887.

Plaintiff brought this action in the district court for Hennepin county, to recover the amount of a note which she alleged that she executed solely for the accommodation of the defendant, and upon his promise to pay it, and which she was compelled to pay. The answer denied that the note was made for the accommodation of the defendant, or that he agreed to pay it. The action was tried without a jury, before *Rea,* J., who ordered judgment for plaintiff. The defendant appeals from an order refusing a new trial.

*Miller, Young & Miller,* for appellant.

*Bearnes & Marson* and *Brooks & Hendrix,* for respondent.

*By the Court.* There is sufficient evidence in this case to sustain the findings of fact.

Order affirmed.